IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** v. **LUIS BORIA-CARMONA** **Defendant**. | CRIM. NO. 15-405 (PAD) |

### ORDER

The court has evaluated the Report and Recommendation made by US Magistrate Judge Silvia Carreno-Coll regarding the Rule 11 proceeding of defendant, Luis Boria-Carmona (Docket No. 32), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to count one of the Indictment.

The court notes that a Presentence Investigation Report was ordered. The Sentencing Hearing is set for March 21, 2016 at 10:30 a.m.

**SO ORDERED.**

In San Juan, Puerto Rico, this 14th day of December, 2015.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge